HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R.B., individually,<br><br>                 Plaintiff,<br><br>  vs.<br><br>Joel Longares, Sr., in his individual capacity; as the Owner and Chairman of Atlas Shippers International, Inc., a California Corporation with Washington affiliates; and as CEO of Atlas Express Padala, Inc., a California Corporation with Washington affiliates<br><br>                 Defendants. | Case No: 2:23-cv-00938-TSZ<br><br>ORDER GRANTING JOINT STIPULATION TO SUBMIT MATTER TO ARBITRATION AND TO STAY ACTION PENDING ARBITRATION |

The Court, having reviewed the Joint Stipulation to Submit Matter to Arbitration and to Stay Action Pending Arbitration ("Joint Stipulation") entered into by Plaintiff R.B. ("Plaintiff") and Defendants Joel Longares, Sr., Atlas Shippers International, Inc., and Atlas Express Padala, Inc. (collectively "Defendants") (Plaintiff and Defendants referred to collectively as the "Parties") hereby APPROVES the Parties' Joint Stipulation, the terms of which state:

    1.    That Plaintiff's claims against Defendants shall be submitted to arbitration before the American Arbitration Association ("AAA"), pursuant to the terms of the Arbitration Agreement between Plaintiff and Atlas Express Padala, Inc.;

2. That the Arbitration will proceed under the current Employment Arbitration Rules and Mediation Procedures of the AAA ("AAA Rules"), except that discovery will be governed by Rules 26–37 of the Federal Rules of Civil Procedure to the extent the AAA Rules conflict with Rules 26–37 of the Federal Rules of Civil Procedure; and

3. That the Litigation be stayed, pursuant to 9 U.S.C. § 3, pending completion of the Arbitration.

4. The parties shall file a Joint Status Report within fourteen (14) days of the conclusion of the Arbitration or by December 31, 2024, whichever occurs earlier.

DATED this 8th day of September, 2023.

_____
Thomas S. Zilly
United States District Judge

ORDER GRANTING JOINT
STIPULATION TO SUBMIT MATTER
TO ARBITRATION AND TO STAY
ACTION PENDING ARBITRATION
CASE NO: 2:23-CV-00938-TSZ - 2