UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

R.B.,

           Plaintiff,

v.

JOEL LONGARES, SR; ATLAS SHIPPERS INTERNATIONAL INC; and ATLAS EXPRESS PADALA INC,

           Defendants.

C23-0938 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On February 6, 2025, the parties advised the Court by email that mediation is scheduled for April 1, 2025, and that arbitration is scheduled for August 18, 2025. The parties are hereby ORDERED to file a Joint Status Report on or before September 17, 2025, updating the Court as to the status of this case. The stay in this case and terms and conditions of the arbitration set forth in the Court's Order, docket no. 17, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of February, 2025.

                                                        Ravi Subramanian
                                                        Clerk

                                                        s/Laurie Cuaresma
                                                        Deputy Clerk

MINUTE ORDER - 1